# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TERRY E. BATTLES, SR.                                                                                PLAINTIFF

v.                              CASE NO. 4:10CV01411 JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 23rd day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE